AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EARL A. JOHNSON**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**JUNE 21, 2005**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a EAA .38 caliber revolver and .38 caliber ammunition.

in violation of Title __**18**__ United States Code, Section(s) __**922(g)(1)**__.

I further state that I am __**OFFICER JONATHAN SHELL**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER JONATHAN SHELL**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     __**Washington, D.C.**__
Date                                                                         City and State

_____          _____
**Name & Title of Judicial Officer**                         **Signature of Judicial Officer**