**STATEMENT OF FACTS**

On Monday, June 21, 2005, at about 3:05 a.m., a sworn officer with the Metropolitan Police Department's Seventh District did a traffic stop in the 2600 block of Birney Place, S.E., Washington, D.C. When the defendant, Earl Johnson, stopped the car, he immediately got out and walked away refusing officer instruction. Ultimately, officers looked through the window of the car the defendant had previously exited, and a saw a handgun sticking out from the driver's seat. In the same series of events, pursued the defendant eventually stopping him after a struggle. Officers recovered a loaded EEA .38 caliber revolver. A WALES check revealed that the car had been stolen from Prince George's County, Maryland on 3/26/05. To the best of the undersigned officer's knowledge, defendant Earl Johnson, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case Nos. F7013-03 and F5278-01. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no EEA .38 caliber semi-automatic handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER JONATHAN SHELL
SEVENTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF JUNE, 2005.


_____
U.S. MAGISTRATE JUDGE